IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $37,000.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:20-MC-00281-KJM-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Hong Tran ("claimant"), by and through their respective counsel, as follows:

1. On or about September 2, 2020, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $37,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 23, 2020.

2. The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

1  proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.
2  That deadline is December 1, 2020.

3      4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
4  February 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture
5  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject
6  to forfeiture.

7      5.    Accordingly, the parties agree that the deadline by which the United States shall be required
8  to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that
9  the defendant currency is subject to forfeiture shall be extended to February 1, 2021.

Dated:   11/20/20                                      McGREGOR W. SCOTT
                                                           United States Attorney

                                         By:   /s/ Kevin C. Khasigian
                                                       KEVIN C. KHASIGIAN
                                                       Assistant United States Attorney

Dated:   11/20/20                                      /s/ Geoffrey G. Nathan
                                                           GEOFFREY G. NATHAN
                                                          Attorney for potential claimant
                                                          Hong Tran
                                                          (Signature authorized by email)

**IT IS SO ORDERED**.

Dated: November 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2