1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:20-MC-00281-KJM-KJN

12             Plaintiff,

13        v.                              STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $37,000.00 IN           AND/OR TO OBTAIN AN INDICTMENT
    U.S. CURRENCY,                        ALLEGING FORFEITURE
15
               Defendant.
16

17        It is hereby stipulated by and between the United States of America and potential claimant Hong

18  Tran ("claimant"), by and through their respective counsel, as follows:

19        1.      On or about September 2, 2020, claimant filed a claim in the administrative forfeiture

20  proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately

21  $37,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 23, 2020.

22        2.      The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. §

23  983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

24  defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

25  to the defendant currency as required by law in the administrative forfeiture proceeding.

26        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

27  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

28  is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

                                          1

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is December 1, 2020.

4.      By Stipulation and Order filed November 20, 2020, the parties stipulated to extend to February 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 3, 2021 , the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 3, 2021.


Dated:   1/27/21                              McGREGOR W. SCOTT
                                              United States Attorney

                                     By:      /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant United States Attorney


Dated:   1/27/21                              /s/ Geoffrey G. Nathan
                                              GEOFFREY G. NATHAN
                                              Attorney for potential claimant
                                              Hong Tran
                                              (Signature authorized by email)

2

1        **IT IS SO ORDERED**.

2        This order resolved ECF No. 5.

3  Dated: February 1, 2021.

4                                                  _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28